

# NUMBER 13-22-00266-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI — EDINBURG

---

## EX PARTE DELFINO MOLINA AYALA JR.

---

**On appeal from the 105th District Court
of Kleberg County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Memorandum Opinion by Justice Tijerina**

Appellant, Delfino Molina Ayala Jr., filed a post-conviction application for writ of habeas corpus at the district court, pursuant to article 11.07 of the Texas Code of Criminal Procedure. On May 17, 2022, the trial court issued findings of fact and conclusions of law and denied the application for writ of habeas corpus. Appellant now seeks to appeal the order denying habeas corpus relief.

Jurisdiction to grant post-conviction habeas corpus relief in felony cases rests exclusively with the Texas Court of Criminal Appeals. Tex. Code Crim. Proc. Ann. art. 11.07, § 5; *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth*

*Dist.,* 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *In re McAfee*, 53 S.W.3d 715, 717–18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). Accordingly, we are without jurisdiction to grant the requested relief.

Therefore, this appeal is dismissed for want of jurisdiction. Furthermore, appellant's pending motion requesting an extension to respond to the Court's defect notice, is dismissed as moot.

JAIME TIJERINA
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed on the
18th day of August, 2022.